IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK D. CONCIO | CIVIL ACTION NO. |
| | 17-6776 (RBK/JS) |
| v. | |
| CSX INTERMODAL TERMINALS, INC., et. al. | |

ORDER TO SETTLE,
DISCONTINUE & END

TO THE CLERK OF THE COURT:

    Kindly mark the above-captioned matter "settled, discontinued and ended," upon payment of your costs only.

LAW OFFICES
BERNARD M. GROSS, P.C.
BY:

BERNARD M. GROSS
Suite 1820, Two Penn Center
1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
Telephone: 215-561-3600
I.D. #02571

**Attorney for Plaintiff**